IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| LA NOUE DEVELOPMENT, LLC, an Oregon limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 04-1527-KI |
| vs. | ) ) | ORDER |
| ASSURANCE COMPANY OF AMERICA (d/b/a ZURICH NORTH AMERICA), a New York corporation, and ZURICH AMERICAN INSURANCE COMPANY (d/b/a ZURICH NORTH AMERICA), a New York corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

    James T. McDermott
    Dwain M. Clifford
    Ball Janik LLP
    101 S. W. Main Street, Suite 1100
    Portland, Oregon 97204-3219

       Attorneys for Plaintiff

Page 1 - ORDER

Thomas A. Gordon
Gregory L. Baird
Gordon & Polscer, LLC
9755 S. W. Barnes Road, Suite 650
Portland, Oregon  97225

    Attorneys for Defendant

KING, Judge:

Defendants' motion to dismiss (#26) is granted in part and denied in part.

IT IS SO ORDERED.

Dated this   20th    day of June, 2005.

                                                      /s/ Garr M. King
                                               Garr M. King
                                               United States District Judge